IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JILL MARTINEZ,

    Plaintiff,

v.                                                       No. 20-cv-01240-WJ-SCY

NORTHERN ARIZONA UNIVERSITY,

    Defendant.

### ORDER DENYING SECOND MOTION TO APPOINT COUNSEL

This matter comes before the Court on pro se Plaintiff's letter, filed February 18, 2021. Doc. 15. Plaintiff's letter, which the Court construes as a motion, requests appointment of counsel. This is the second letter from Plaintiff requesting appointment of counsel. *See* Doc. 12 (letter filed February 11, 2021). The Court denied the first request for appointment of counsel on February 12. *See* Doc. 13. The second request does not materially differ from the first request. The Court therefore denies the second request for the same reasons stated in its February 12, 2021 Order Denying Motion To Appoint Counsel.

**IT IS THEREFORE ORDERED** that Plaintiff's letter, characterized as a motion to appoint counsel (Doc. 15), is DENIED.

_____
UNITED STATES MAGISTRATE JUDGE